IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Lorie W. Rogers, | ) | C/A No. 3:11-3195-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Pilgrim's Pride Corporation; Jeff Monroe; and Tina Ford, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      The plaintiff, Lorie W. Rogers ("Plaintiff"), who is represented by counsel, filed a Complaint in the Court of Common Pleas in Sumter County asserting claims of employment discrimination and retaliation. Defendant Pilgrim's Pride Corporation removed the case to federal district court pursuant to 28 U.S.C. § 1441, asserting jurisdiction based upon 28 U.S.C. § 1331. Defendant Pilgrim's Pride Corporation filed a motion to dismiss on November 22, 2011, pursuant to the Federal Rules of Civil Procedure. (ECF Nos. 6.) As of the date of this order, the plaintiff has failed to respond to the motion in accordance with Local Civil Rule 7.06 DSC. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

      Based on the foregoing, it is

      **ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendant's motion to dismiss within seven (7) days from the date of this order. Plaintiff is further advised that if she fails to respond, this action may be decided on the record presented in support of the defendants' motion, see Local Civil Rule 7.06 DSC, or may

Page 1 of 2

*PJG*

be recommended for dismissal with prejudice for failure to prosecute. See <u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 15, 2011
Columbia, South Carolina